# EXHIBIT 4

2/17/22, 2:15 PM  Case 22-01073-MBK   Doc 2-4CM/ECF LIVE U.S. District Court for the District of New Jersey  Desc
Exhibit 4    Page 2 of 4
Entered 03/07/22 22:09:32

Query   Reports   Utilities   Help   Log Out

SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:18-cv-01833-FLW-TJB

| | |
|---|---|
| HALL v. JOHNSON & JOHNSON et al<br>Assigned to: Chief Judge Freda L. Wolfson<br>Referred to: Magistrate Judge Tonianne J. Bongiovanni<br>Related Case: [3:22-cv-00658-FLW-TJB](#)<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 02/08/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Movant**

**Oleg Fishman**     represented by     **EDUARD KORSINSKY**
LEVI & KORSINSKY LLP
55 Broadway
10th Floor
New York, NY 10006
2123637500
Email: ek@zlk.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION**     represented by     **DONALD A. ECKLUND**
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
Fax: (973) 994-1744
Email: decklund@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN G. COOPER**
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO
5 BECKER FARM ROAD

ROSELAND, NJ 07068
973-994-1700
Email: kcooper@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK HALL**
*Individually and on behalf of all others similarly situated*

represented by **LAURENCE M. ROSEN**
THE ROSEN LAW FIRM, PA
609 W. South Orange Avenue
Suite 2P
SOUTH ORANGE, NJ 07079
(973) 313-1887
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHNSON & JOHNSON**

represented by **JACK N. FROST , JR.**
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973-549-7338
Email: jack.frost@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALEX GORSKY**

represented by **JACK N. FROST , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOAN CASALVIERI**

represented by **JACK N. FROST , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TARA GLASGOW**

represented by **JACK N. FROST , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CAROL GOODRICH**

represented by **JACK N. FROST , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | |
|---|---|
| **SZAFERMAN LAKIND**<br>Attn: Arnold Lakind<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648<br>609.275.0400 | represented by **ARNOLD CARL LAKIND**<br>SZAFERMAN, LAKIND, BLUMSTEIN,<br>BLADER & LEHMANN , PC<br>QUAKERBRIDGE EXECUTIVE<br>CENTER<br>101 GROVERS MILL ROAD<br>SUITE 200<br>LAWRENCEVILLE, NJ 08648<br>(609) 275-0400<br>Fax: 609-275-4511<br>Email: alakind@szaferman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2021 | | Text Minute Entry for proceedings held before Magistrate Judge Tonianne J. Bongiovanni: Telephone Conference held on 12/9/2021. The deadline to conduct the remaining depositions as identified in the parties letter of 12/7/2021 is extended to 3/4/2022. A status update is to be submitted by 3/1/2022. Discovery, if any, necessitated by the decision on the pending motions to quash shall be addressed when a decision is rendered. The Telephone Conference scheduled for 1/11/2022 is ADJOURNED with no new date. (mm) (Entered: 12/10/2021) |