# EXHIBIT 10

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/2/2022 at 12:09 PM EST and filed on 3/2/2022

| | |
|---|---|
| **Case Name:** | HALL v. JOHNSON & JOHNSON et al |
| **Case Number:** | 3:18-cv-01833-FLW-TJB |
| **Filer:** | |
| **Document Number:** | 156(No document attached) |

**Docket Text:**
**TEXT ORDER: The Court has reviewed the parties' recent correspondence regarding the status of discovery, and certain discovery issues that are pending and being discussed by the parties. At this juncture, no discovery motions are to be filed. As the parties are aware, there are several motions pending in this matter and related cases, including those transferred from out of district. As it is unclear the impact those motions will have on the parties' discovery needs, the current deadlines are suspended, and shall be addressed after the motions are decided. The parties are directed to continue with document discovery. Upon consent of all parties, depositions may be taken. However, the Court seeks to avoid the need to duplicate any depositions. Should any discovery issue become ripe for the Court's consideration, the parties are to submit a letter to tjb_orders@njd.uscourts.gov regarding same. The Court will determine whether it is appropriate to consider the issue informally, or if formal motion practice is required. So Ordered by Magistrate Judge Tonianne J. Bongiovanni on 3/2/2022. (mm)**

**3:18-cv-01833-FLW-TJB Notice has been electronically mailed to:**

ARNOLD CARL LAKIND     alakind@szaferman.com, SKliwinski@szaferman.com

DONALD A. ECKLUND     decklund@carellabyrne.com, 7769272420@filings.docketbird.com

EDUARD KORSINSKY     ek@zlk.com, ecf@zlk.com, jtash@zlk.com, mmuller@zlk.com, squinonez@zlk.com

JACK N. FROST , JR     jack.frost@faegredrinker.com, frostjac@gmail.com

JAMES E. CECCHI     jcecchi@carellabyrne.com, E_File_SD@rgrdlaw.com, ltaylor@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

KEVIN G. COOPER     kcooper@carellabyrne.com

LAURA ANDRACCHIO     landracchio@rgrdlaw.com

LAURENCE M. ROSEN     lrosen@rosenlegal.com, lrosen@ecf.courtdrive.com, pkim@rosenlegal.com

NEIL H. CONRAD     nconrad@sidley.com

**3:18-cv-01833-FLW-TJB Notice has been sent by regular U.S. Mail:**