

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br>*ATTORNEYS FOR DEBTOR* | Order Filed on March 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>                      Plaintiff,<br>v.<br><br>SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Defendants. | Adv. Proc. No. 22-01073 (MBK) |

**CONSENT ORDER REGARDING (I) BRIEFING SCHEDULE FOR
DEBTOR'S MOTION FOR AN ORDER PRELIMINARILY ENJOINING
THE PROSECUTION OF PUTATIVE SECURITIES CLASS ACTION AND
(II) EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: March 18, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Adv. Proc. No. 22-01073-MBK
Caption: Consent Order Regarding (I) Briefing Schedule for Debtor's Motion for an Order Preliminarily Enjoining the Prosecution of Putative Securities Class Action and (II) Extension of Time for Defendants to Respond to the Complaint

This matter coming before the Court upon the joint application of LTL Management LLC, debtor and debtor in possession (the "Plaintiff" or "Debtor"), and San Diego County Employees Retirement Association, individually and on behalf of all others similarly situated (the "Defendants"), to (i) establish a briefing schedule with respect to Plaintiff's *Motion for an Order Preliminarily Enjoining the Prosecution of Putative Securities Class Action* [Dkt. No. 2] (the "Motion"), and (ii) extend the deadline for Defendants to respond to the *Debtor's Verified Complaint for Injunctive Relief Preliminarily Enjoining the Prosecution of Putative Securities Class Action* [Dkt. No. 1] (the "Complaint"); and the Plaintiff and Defendants having agreed to a briefing schedule with respect to the Motion; and the Court having determined that the legal and factual bases set forth above establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

(a)    All opposition related to the Motion must be filed and served no later than April 1, 2022.

(b)    All replies related to the Motion must be filed and served no later than April 8, 2022.

(c)    The hearing on the Motion will take place on April 12, 2022 at 10:00 a.m., prevailing Eastern Time.

(d)    The deadline for filing and service of any responses related to the Complaint shall be extended indefinitely pending further order of the Court following the hearing on the Motion.

(Page 3)
Debtor:  LTL Management LLC
Case No. 21-30589-MBK
Adv. Proc. No. 22-01073-MBK
Caption:  Consent Order Regarding (I) Briefing Schedule for Debtor's Motion for an Order Preliminarily Enjoining the Prosecution of Putative Securities Class Action and (II) Extension of Time for Defendants to Respond to the Complaint

(e) Nothing herein shall prejudice any party-in-interest from seeking extensions or relief as to the briefing or discovery schedule.

(Page 4)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Adv. Proc. No. 22-01073-MBK
Caption: Consent Order Regarding (I) Briefing Schedule for Debtor's Motion for an Order Preliminarily Enjoining the Prosecution of Putative Securities Class Action and (II) Extension of Time for Defendants to Respond to the Complaint

**AGREED AND CONSENTED TO BY**:

*/s/ Paul R. DeFilippo*
JONES DAY
Gregory M. Gordon
Dan B. Prieto
Amanda Rush
Mark Rasmussen
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
mrasmussen@jonesday.com

Brad B. Erens (IL Bar No. 06206864)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
E-mail: bberens@jonesday.com

James M. Jones (NY Bar. No. 5522115)
JONES DAY
250 Vesey Street
New York, NY  10281-1047
Telephone: (212) 326-3939
Facsimile: (412) 394-7959
jmjones@jonesday.com

-and-

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Lyndon M. Tretter, Esq.
Joseph F. Pacelli, Esq.

*/s/ Robert R. Henssler Jr.*
ROBBINS  GELLER  RUDMAN  &  DOWD LLP
Robert R. Henssler Jr., Esq.
BHenssler@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

-and-

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & ANGELLO, P.C.
James E. Cecchi, Esq.
Kevin G. Cooper, Esq.
jcecchi@carellabyrne.com
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

EISEMAN LEVINE LEHRHAUPT
  & KAKOYLANNIS, P.C.
Laurence May
805 Third Avenue
New York, NY.  10022
Telephone: (212) 752-1000
Facsimile: (212) 355-4608
lmay@eisemanlevine.com

**COUNSEL FOR THE DEFENDANTS**

(Page 5)
Debtor:  LTL Management LLC
Case No. 21-30589-MBK
Adv. Proc. No. 22-01073-MBK
Caption:  Consent Order Regarding (I) Briefing Schedule for Debtor's Motion for an Order Preliminarily Enjoining the Prosecution of Putative Securities Class Action and (II) Extension of Time for Defendants to Respond to the Complaint

> Wollmuth Maher & Deutsch LLP
> 500 Fifth Avenue
> New York, New York 10110
> Telephone: (212) 382-3300
> Fax: (212) 382-0050
> pdefilippo@wmd-law.com
> jlawlor@wmd-law.com
> ltretter@wmd-law.com
> jpacelli@wmd-law.com
>
> **COUNSEL FOR THE PLAINTIFF**